CRAVEN *v.* UPDYKE.

UPON the trial of a cause in the Circuit Court, on appeal from the judgment of a justice of the peace, the plaintiff offered to examine, as a witness, the person who was his surety for costs, in the cause before the justice. *Held,* that the witness was interested in the event of the suit, and therefore incompetent.